SOUTHERN BELL TELEPHONE & TELEGRAPH CO. v.
The SOUTH CAROLINA TAX COMMISSION.

(380 S. E. (2d) 172)

Supreme Court

May 17, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.

Martin L. ROOF, Sr. v. Edward E. KIMBROUGH, et al.

(380 S. E. (2d) 172)

Supreme Court

June 9, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.

Claretta TAYLOR, etc. v. Margaret GOODWIN.

(380 S. E. (2d) 428)

Supreme Court

May 17, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.